

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 21, 2026

**By ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Lazaro Santos v. ICE Immigration (DHS)*, No. 26 Civ. 3044 (AS)

Dear Judge Subramanian:

This Office represents the government in this habeas corpus action. The government's deadline to file its opposition to the habeas petition was 5:00 p.m. today, April 21. ECF No. 9. While the government timely filed an agency declaration (ECF No. 10) and the government's "return" (ECF No. 11), a separate document containing exhibits referenced in the government's brief, before 5:00 p.m., the government's brief (ECF No. 12) was not filed until 6:17 p.m.

I write respectfully to request that the Court grant the government a *nunc pro tunc* extension of its response deadline such that the government's brief is deemed timely filed. The filing was slightly delayed due to the need to address other urgent matters regarding other habeas cases, which took away from my time to finalize and file the government's brief here before the 5:00 deadline. As the sole supervisor of this Office's immigration cases, I personally notify ICE of each new habeas case and also promptly inform ICE when injunctions are issued, so as to ensure compliance with those orders. Aside from time spent addressing those matters and working on other briefing deadlines on my docket, more time was spent than expected this afternoon separating the exhibits for the government return, which were received in bulk from the agency, in a manner suitable for filing in accordance with the Court's rules. *See* S.D.N.Y. ECF Rule 5.1 (requiring that "[e]ach document filed as an exhibit must be filed as a separately numbered attachment to the main document and must be clearly titled with an objective description of the document . . . so that the nature of the exhibit and its relevance are clearly discernible without the need to open the file").

This is the government's second request for an extension of time in this case; the Court previously granted the government's request for a two-business-day extension of time to file its response.

I apologize to the Court and the petitioner for the short delay in the filing of the government's brief, and I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By:    /s/ Brandon M. Waterman
BRANDON M. WATERMAN
Assistant United States Attorney
Tel: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc:    Petitioner pro se (by mail)

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 22, 2026

2