UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Byron Alfredo Lazaro Santos,<br><br>                    Petitioner,<br><br>       -against-<br><br>ICE Immigration (DHS),<br><br>              Respondent. | 26-CV-3044 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Petitioner may file a reply to respondent's opposition within 30 days of this order.

In addition to service by mail to petitioner, respondent is directed to electronically serve a copy of its opposition brief on petitioner's counsel in his detention and removal proceedings (along with a copy of this order) within two days of this order.

SO ORDERED.

Dated:  April 22, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge