UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Byron Alfredo Lazaro Santos,

                              Petitioner,

                -against-

Ice Immigration (DHS),

                              Respondent.

26-CV-3044 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Petitioner is proceeding *pro se*. "It is well established that the submissions of a *pro se* litigant must be construed liberally and interpreted to raise the strongest arguments that they *suggest*." *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 475 (2d Cir. 2006) (emphasis in original; quotation omitted).

Therefore, while his petition focuses on the remedy of release, the Court will also consider whether he is entitled to a bond hearing where the burden is on the government to justify his detention by clear and convincing evidence, rather than on the petitioner to demonstrate his entitlement to release to the satisfaction of the immigration judge.

To that end, respondent is directed to submit a letter within seven days stating whether it is willing to voluntarily provide petitioner a bond hearing with the burden on the government to justify detention by clear and convincing evidence. Alternatively, should respondent not be willing to voluntarily provide such a hearing, it should submit a letter brief explaining why such a hearing is not required by the Due Process Clause.

Of course, regardless of respondent's position on the bond hearing, the Court will rule on entitlement to immediate release in due course.

SO ORDERED.

Dated: May 19, 2026
       New York, New York

_____
       ARUN SUBRAMANIAN
       United States District Judge