**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BYRON ALFREDO LAZARO SANTOS,

                          Petitioner,             26 **CIVIL** 3044 (AS)

      -against-                               **JUDGMENT**

ICE IMMIGRATION (DHS),

                         Respondents.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 15, 2026, the petition for a writ of habeas corpus is DENIED. Although the Court understands the burden that detention is placing on petitioner and his family, the petition does not state any valid ground for release; accordingly, the case is closed.

**DATED:** New York, New York
          June 16, 2026

                             **TAMMI M. HELLWIG**
                                        _____
                                     **Clerk of Court**

                 **BY:**

                            _____
                                  **Deputy Clerk**