UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Byron Alfredo Lazaro Santos,
Petitioner,

-against-

Immigration et al.,
Respondents.

26-CV-5739 (AS)
26-CV-3044 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Petitioner has filed a second habeas petition (26-cv-5379) that restates the same arguments that were in his prior petition (26-cv-3044). The Court denied the prior petition as failing to state grounds for release. 26-cv-3044 Dkt. 21. As the new petition fails to state any new or valid grounds, it is also DENIED.

Should petitioner disagree with the Court's denial, he may file an appeal of the prior decision with the Second Circuit. The Court previously permitted petitioner to file an appeal in forma pauperis (that is, without paying the appeal filing fee). As the federal government or its officer is a party to the case, the deadline for petitioner to file a notice of appeal is 60 days from the date that the judgment was issued. (The judgment was issued on June 16, 2026, so any appeal should be filed by August 15, 2026.) So if petitioner wishes to further pursue his petition, his next step is to file a notice of appeal.

The Clerk of Court is respectfully directed to close 26-cv-5379. The Clerk of Court is also respectfully directed to attach to the mailing of this order the instructions that were previously sent about filing a notice of appeal (26-cv-3044, Dkt. 22-1).

SO ORDERED.

Dated: July 9, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge